### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KATRINA WILLIAMS MC COY          :        CIVIL ACTION NO. 02-5125
                                 :
                vs.              :
                                 :
STARZ ENCORE GROUP a/k/a
ENCORE MEDIA COMPANY             :
```

August 6, 2002


## N O T I C E


       Pursuant to the Court's order of August 5, 2002, the Clerk has been specially appointed to serve a Notice of Lawsuit and Request for Waiver of Summons and Waiver of Service of Summons upon each defendant in the above case.  The waiver was mailed to the above defendant(s) on August 6, 2002. If the defendant(s) does not waive service by September 5, 2002, in compliance with the court's order of August 5, 2002, the complaint will be forwarded to the United States Marshal's Service to effect service.


                    Very truly yours,

                    MICHAEL E. KUNZ
                    CLERK OF COURT


                  by:_____
                    Ronald Vance   Deputy Clerk