IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATRINA WILLIAMS McCOY : | |
| : | |
| v. : | Civil Action No. 02-5125 |
| : | |
| STARZ ENCORE GROUP : | |
| aka ENCORE MEDIA COMPANY : | |

ORDER

**AND NOW**, this 20th day of December, 2002, upon consideration of plaintiff's request for appointment of attorney, **IT IS HEREBY ORDERED** that the request is **GRANTED** and the Clerk of Court shall appoint counsel for the plaintiff in this action in accordance with this district's Plaintiff's Employment Attorney Panel Program.

_____
William H. Yohn, Jr., Judge