IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA WILLIAMS McCOY | : | |
| | : | |
| v. | : | Civil Action No. 02-5125 |
| | : | |
| STARZ ENCORE GROUP | : | |
| aka ENCORE MEDIA COMPANY | : | |

## O R D E R

**AND NOW**, this 21st day of February, 2003, by agreement of counsel, **IT IS ORDERED** that the scheduling order of December 27, 2002 is amended as follows:

1. The discovery deadline is extended to June 13, 2003.

2. The dispositive motion deadline is extended to July 13, 2003.

3. The trial scheduled for July 14, 2003 is continued and is hereby rescheduled for September 29, 2003.

4. In all other respects the scheduling order of December 27, 2002 is hereby reaffirmed.

                                                                                                                                                                    _____
                                                                     William H. Yohn, Jr., Judge