IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA WILLIAMS McCOY | : | |
| | : | |
| v. | : | Civil Action No. 02-5125 |
| | : | |
| STARZ ENCORE GROUP | : | |
| aka ENCORE MEDIA COMPANY | : | |

<u>O R D E R</u>

**AND NOW**, this 25th day of July, 2003, the Defendant having filed a Motion For Summary Judgment, and the Defendant requesting a stay of all current pretrial deadlines pending disposition of that motion, and the Plaintiff agreeing thereto, **IT IS HEREBY ORDERED** that the request of the Defendant is granted and all pretrial deadlines are stayed pending disposition of the motion for summary judgment.

By agreement of the parties **IT IS FURTHER ORDERED** that trial in this action is continued until January 26, 2004.

_____
William H. Yohn, Jr., Judge