IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KATRINA WILLIAMS McCOY,            :       NO. 2:02-cv-05125-WY
          Plaintiff                :
                                   :
     VS.                           :
                                   :
STARZ ENCORE GROUP                 :
a/k/a ENCORE MEDIA COMPANY,        :
          Defendant                :
```

O R D E R

AND NOW, this 30th day of July, 2003, it is hereby ORDERED that a settlement conference is scheduled before the undersigned for Thursday, August 14, 2003, at 10:00 a.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

7/30/03 Copy via first class mail to:
Katrina Williams McCoy, 3721 East Northern Parkway, Baltimore, MD, 21206

7/30/03 Copy via fax to:
Sharon Gilbert Timm, Esquire (215-489-0578)
David H. Stacy, Esquire (303-623-9191)
Edward T. Ellis, Esquire; L. Kristen Blanchard, Esquire (215-772-7620)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____ District Court Judge: _____

Jury _____   Non-Jury _____   Trial/Pool Date: _____

Counsel:
 Name   _____

 Address   _____

 Phone   _____   Fax   _____

 Client   _____

Status of Discovery and Proposed Discovery Schedule: _____

_____

_____

Motions Pending: _____

_____

_____

Case ready for trial on _____   Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____

_____

Prior Offers/Demands: _____

_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)