IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATRINA WILLIAMS McCOY                    :
                                          :
            v.                            :        Civil Action No. 02-5125
                                          :
STARZ ENCORE GROUP                        :
aka ENCORE MEDIA COMPANY                  :

O R D E R

**AND NOW**, this 29th day of August, 2003, upon request of counsel for the plaintiff,

and with the concurrence of counsel for the defendant, **IT IS HEREBY ORDERED** that plaintiff

shall file her response to defendant's motion for summary judgment on or before September 16,

2003.

_____
            William H. Yohn, Jr., Judge