**SHARON GILB3ERT TIMM, ESQUIRE**
Attorney I.D. 77778
Penn's Court, Suite 111
350 South Main Street
Doylestown, PA  18901
(215) 489-0179

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATRINA WILLIAMS-McCOY** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 02-CV-5125 |
| v. | : | |
| | : | |
| **STARZ ENCORE GROUP** | : | JURY TRIAL DEMANDED |
| a/k/a **ENCORE MEDIA COMPANY** | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this          day of                              , 2003, upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's response thereto, it is hereby ORDERED and DECREED that said motion is DENIED.

                                          BY THE COURT,

                                          _____

                                                              J.

**SHARON GILB3ERT TIMM, ESQUIRE**
Attorney I.D. 77778
Penn's Court, Suite 111
350 South Main Street
Doylestown, PA 18901
(215) 489-0179

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATRINA WILLIAMS-McCOY** | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | No. 02-CV-5125 |
| v. | : | |
| | : | |
| **STARZ ENCORE GROUP** | : | JURY TRIAL DEMANDED |
| a/k/a **ENCORE MEDIA COMPANY** | : | |
|     Defendant. | : | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

AND NOW, this _____ day of September, 2003, comes Plaintiff by and through counsel, and respectfully requests this Honorable Court to enter an Order denying Defendant's Motion for Summary Judgment for the following reasons:

1. Admitted.

2. Denied. It is denied that Plaintiff cannot establish a prima facie case of race discrimination and cannot show that Defendant's legitimate non-discriminatory reason is pretextual. Because there are genuine issues of material fact, this case must go forward to a jury for resolution of the dispute between the parties.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order denying Defendant's Motion for Summary Judgment.

Date: _____    _____
                                                                                                  Sharon Gilbert Timm, Esquire
                                                                                                  Attorney for Plaintiff

**SHARON GILB3ERT TIMM, ESQUIRE**
Attorney I.D. 77778
Penn's Court, Suite 111
350 South Main Street
Doylestown, PA  18901
(215) 489-0179
_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATRINA WILLIAMS-McCOY** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 02-CV-5125 |
| v. | : | |
| | : | |
| **STARZ ENCORE GROUP** | : | JURY TRIAL DEMANDED |
| a/k/a **ENCORE MEDIA COMPANY** | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Sharon Gilbert Timm, Esquire, hereby certify that a true and correct copy of Plaintiff's Answer to Defendant's Motion for Summary Judgment, accompanying Memorandum of Law and Plaintiff's Answer to Defendant's Statement of Uncontested Facts was sent via first-class postage prepaid mail upon the following on the date shown below:

| | |
|---|---|
| David H. Stacy, Esquire | Kristin Blanchard, Esquire (excl. exhibits) |
| Elzi Pringle Gurr & Stacy | Montgomery McCracken Walker & Rhoads |
| 950 17th Street, Suite 1875 | 123 Broad Street, Avenue of the Arts |
| Denver, CO  80202 | Philadelphia, PA  19109 |

Date:  _____    _____
Sharon Gilbert Timm, Esquire
Attorney for Plaintiff