IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA WILLIAMS McCOY | : | |
| | : | |
| v. | : | Civil Action No. 02-5125 |
| | : | |
| STARZ ENCORE GROUP | : | |
| aka ENCORE MEDIA COMPANY | : | |

O R D E R

**AND NOW**, this 29th day of December, 2003, at the joint request of the parties, **IT IS HEREBY ORDERED** that the trial scheduled for January 26, 2004 at 10:00 a.m. is **CONTINUED** pending disposition of defendant's motion for summary judgment. **IT IS FURTHER ORDERED** in accordance with the agreement of the parties that the trial date will be rescheduled for a date no earlier than sixty days after the date of the disposition of the motion for summary judgment.

_____
William H. Yohn, Jr., Judge