KATRINA WILLIAMS MCCOY
3721 East Northern Parkway
Baltimore, MD 21206

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATRINA WILLIAMS McCOY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 02 CV 5125 |
| | ) | |
| v. | ) | **PLAINTIFF'S RESPONSES TO** |
| | ) | **DEFENDANT'S CONSOLIDATED** |
| | ) | **INTERROGATORIES AND** |
| STARZ ENCORE GROUP | ) | **REQUESTS FOR PRODUCTION OF** |
| a/k/a ENCORE MEDIA COMPANY | ) | **DOCUMENTS** |
| | ) | |
| Defendant. | ): | |

Plaintiff, Katrina Williams McCoy responds to Defendant's Consolidated Interrogatories and Requests for Production of Documents as follows:

### INTERROGATORIES

1. Please state your full name, including your middle name or names, your Social Security number and date and place of birth.

**RESPONSE:** My full name is Katrina Williams McCoy, My social security number is 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, and my date of birth is June 6, 1958. I was born in Yonkers, NY.

2. Please state the address of each residence you have had in the last ten years, including your current residence, and state the number of years you resided there and whether you rented or owned the premises.

**RESPONSE:** For the past ten years I have had two residences. My current address is 3721 East Northern Parkway Baltimore, MD 21206. I have resided at this address for 8 years; I own this house. My previous address was 1804 Ramblewood Rd. Baltimore, MD 21239, I resided in this apartment for 15 years; I rented this apartment

Baltimore, MD 21206
(410) 444-2577

7. State the names, addresses and telephone numbers of every person, known to you or to your attorneys, who has or claims to have any knowledge regarding the facts and circumstances surrounding the occurrence of the incidents referred to in your Complaint or in your answers to these Interrogatories, including, but not limited to, eye witnesses to such incidents and other persons having any knowledge thereof.

**RESPONSE:** Individuals names, addresses and telephone numbers of who are likely to have any knowledge regarding the facts and circumstances surrounding the occurrence of the incidents referred to in the Complaint or in incidents and other person having any knowledge thereof.

1. Dee Filey Davis
   13812 Glenside Rd.
   Cleveland, OH 44110
   (216) 761-0760

   Ms. Davis, former District Manager for Starz Encore Group based in the Chicago Office, who was terminated under the same exact circumstances as the Defendant has knowledge relevant to the racial climate at Starz Encore Group. (Ms. Davis is a black female)

2. Lee Gashmaxey
   811 South Sanfernando Blvd.
   Burbank, CA 91502
   (818) 736-7028

   Ms. Gashmaxey, former Manager, of Production at Starz Encore Group's former Multi-Cultural Division based in Englewood Colorado, has knowledge relevant to the racial climate at Starz Encore Group

3. Todd M. Goldman
   633 Ashmead Road
   Cheltenham, PA 19012
   (267) 243-2021

   Mr. Goldman, candidate interviewed by Starz Encore Group for a Trainer position has information relevant to the Plaintiff's complaint.

Mar 18 2003 5:21PM  ARON GILBERT TIMM ESQ  2154 )578  P.2

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3-18-03

*Katrina McCoy*
Katrina McCoy