IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISRICT OF PENNSYLVANIA

KATRINA WILLIAMS McCOY  :
:
   Plaintiff,  :
:
v.  :
:  Civil Action No. 02 CV 5125
STARZ ENCORE GROUP  :
a/k/a ENCORE MEDIA COMPANY  :
:
   Defendant.  :

### AFFIDAVIT OF SHERYL ANDERSON

Sheryl Anderson, be first duly sworn an oath, states as follows:

1.    For the past five years I have served as Vice President of Human Resources and Administration at Starz Encore Group LLC ("Starz"). From 1995 until 1999, I was Director of Human Resources at Starz. In both positions, I was and am responsible for all human resources and employee relations matters. All allegations, complaints, and charges of employment discrimination have been handled by me and under my direct supervision. All allegations, complaints and charges come to me, regardless of whether they are internal, informal, external, state or federal agency or litigation related.

2.    I am familiar with Dee Filey Davis and her employment with Starz Encore Group. Ms. Davis has never alleged race discrimination against Starz Encore Group in connection with her employment, employment termination or otherwise.

3.    Ms. Davis worked on the Time Warner team located in Chicago during her employment with Starz Encore Group. That team had an entirely separate management structure than that of the AT&T team for whom Katrina McCoy worked in Philadelphia. Katrina McCoy's

immediate and second level managers, Tracey Sartino and Robin Feller, had no responsibilities or involvement in the management of Ms. Davis.

4. Ms. Davis never communicated with me regarding a problem with her 401(k) plan. That plan was the responsibility of our parent company, and it was administered entirely by a Third Party Administrator. Starz Encore Group had no authority or responsibility with regard to the plan. It is my understanding that a clerical error at the parent company and perhaps some confusion with the Third Party Administrator resulted in a delay with respect to Ms. Davis' account. To the best of my knowledge, at no time was the United States Department of Labor involved in Ms. Davis' situation.

5. Ms. Davis did file a charge against Starz Encore Group LLC alleging sex and marital status discrimination with the Illinois Human Rights Commission. The Illinois agency dismissed the charge for lack of substantial evidence.

_____
Sheryl Anderson

STATE OF COLORADO    )
                     ) ss.
COUNTY OF Douglas    )

Subscribed and sworn to before me this 15th day of March, 2004, by Sheryl Anderson, who is the Vice President of Human Resources and Administration of Starz Encore Group.

Witness my hand and official seal.

My commission expires November 13, 2004

DEBRA L. HARRISON

_____
Notary Public

2